3/13/2025 11:04 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-002025
Selina Hamilton

CAUSE NO. D-1-GN-22-002025

| | | |
|---|---|---|
| **DR. PAZ ELIZONDO** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **455TH JUDICIAL DISTRICT** |
| | § | |
| **MIKE MORATH, TEXAS** | § | |
| **COMMISISSIONER OF EDUCATION** | § | |
| **AND LA VILLA INDEPENDENT** | § | |
| **SCHOOL DISTRICT** | § | |
| *Defendants* | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/14/2025 8:26:30 AM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT LA VILLA INDEPENDENT SCHOOL DISTRICT'S NOTICE OF APPEAL TO THE FIFTEENTH COURT OF APPEALS AND NOTICE OF ELECTION

Pursuant to Texas Rules of Appellate Procedure 25.1 and 34.5a, Defendant La Villa ISD files this Notice of Appeal from the Second Amended Final Judgment signed by the Court on February 12, 2025 and Notice of Election.

1.      The trial court number and style of this case is Cause No. D-1-GN-22-002025, *Dr. Paz Elizondo v. Mike Morath, Texas Commissioner of Education and La Villa Independent School District*, in the 455th District Court in Travis County, Texas.

2.      The order appealed from was signed on February 12, 2025 by the Honorable Maya Guerra Gamble and is titled the Second Amended Final Judgment.

3.      Defendant La Villa ISD desires to appeal to the Fifteenth Court of Appeals in Austin, Texas because the Fifteenth Court has exclusive intermediate appellate jurisdiction over this matter. Tex. Gov't Code § 22.220(d)(1).[1]

---

[1] The parties previously appealed a prior order from the trial court, which was titled the First Amended Final Judgment. That appeal was docketed as Cause Number 03-23-00125-CV in the Third Court of Appeals. After the parties briefed the issues from the First Amended Final Judgment, the Third Court issued an order remanding the case because that it was unclear to the Third Court whether the First Amended Final Judgment was actually a final judgment in that it did not address Plaintiff's declaratory judgment claim. Thus, the Third Court was uncertain as to whether the trial court intended to rule on the declaratory judgment claim. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001) (holding that if an "appellate court is uncertain about the intent of the order," the

4.      This is not an accelerated or restricted appeal.

5.      Pursuant to Texas Rule of Appellate Procedure 25.1(f), Defendant La Villa ISD respectfully requests that the trial court clerk send a copy of this notice of appeal to all relevant individuals.

6.      La Villa ISD does not intend to request a reporter's record in this case.

7.      **Rule 34.5a Notice of Election.** Pursuant to Texas Rule of Appellate Procedure 34.5a, La Villa ISD provides notice that it will file an appendix that replaces the clerk's record for this appeal.

Respectfully submitted,

By: */s/ David Campbell*

David Campbell
Texas Bar No. 24057033
dcampbell@thompsonhorton.com
**THOMPSON & HORTON LLP**
8300 N. MoPac Expressway, Suite 220
Austin, TX 78759
512-615-2350 Telephone
713-583-8884 Facsimile

**Counsel for Defendant La Villa ISD**

---

appellate court can remand for clarification). On remand, the trial court entered the Second Amended Final Judgment, which does address Plaintiff's declaratory judgment claim. Accordingly, the Fifteenth Court has exclusive jurisdiction over this appeal. Tex. Gov't Code § 22.220(d)(1).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the individuals listed below on the 13th day of March, 2025.

Ruben R. Pena *via e-filing*
State Bar No. 15740900
LAW OFFICES OF RUBEN R. PENA
222 W. Harrison, Suite B
Harlingen, Texas 78550
*ruben@rubenpenalaw.com*
**Counsel for Plaintiff**

Karen L. Watkins *via e-filing*
Assistant Attorney General
State Bar 20927425
OFFICE OF THE ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548
Austin, Texas 78711-2548
*karen.watkins@oag.texas.gov*
**Counsel for Defendant Mike Morath,**
**Texas Commissioner of Education**

*/s/ David Campbell*
 David Campbell

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kate French on behalf of David Campbell
Bar No. 24057033
kfrench@thompsonhorton.com
Envelope ID: 98415332
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT LA VILLA INDEPENDENT SCHOOL DISTRICT'S NOTICE OF APPEAL TO THE FIFTEENTH COURT OF APPEALS AND NOTICE OF ELECTION
Status as of 3/13/2025 4:27 PM CST

Associated Case Party: PAZ ELIZONDO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ruben Pena | 15740900 | ruben@rubenpenalaw.com | 3/13/2025 11:04:33 AM | SENT |

Associated Case Party: MIKE MORATHTEXAS COMMISSIONER OF EDUCATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 3/13/2025 11:04:33 AM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 3/13/2025 11:04:33 AM | SENT |

Associated Case Party: LA VILLA INDEPENDENT SCHOOL DISTRICT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristy Alonzo | | kalonzo@thompsonhorton.com | 3/13/2025 11:04:33 AM | SENT |
| Eden Ramirez | | eramirez@808west.com | 3/13/2025 11:04:33 AM | SENT |
| David J.Campbell | | dcampbell@thompsonhorton.com | 3/13/2025 11:04:33 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kate French | | kfrench@thompsonhorton.com | 3/13/2025 11:04:33 AM | SENT |